NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――

**SHEILA G. GOESSLING,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

―――――――――

2014-7026

―――――――――

Appeal from the United States Court of Appeals for Veterans Claims in No. 12-1455, Judge Alan G. Lance, Sr.

―――――――――

**ON MOTION**

―――――――――

**O R D E R**

Upon consideration of Sheila G. Goessling's unopposed motion to withdraw her appeal,

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

(2)  Each side shall bear its own costs.

2                                    GOESSLING v. SHINSEKI

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21

ISSUED AS A MANDATE: March 7, 2014